**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>CHARLES E HAYS JR<br>SAUNDRA K HAYES<br>2750 WAKEFIELD MOUND RD<br>PIKETON, OH 45661 | Case No: 04-64742<br><br>Judge: John E. Hoffman Jr. |

SSN(S): XXX-XX-4260
XXX-XX-2457

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated: October 26, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| CHARLES E HAYS JR & SAUNDRA K HAYES<br>2750 WAKEFIELD MOUND RD<br>PIKETON, OH 45661 | 0.23 |